FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2021

No. 04-21-00043-CV

**RCI ENTERTAINMENT (SAN ANTONIO), INC**, d/b/a XTC Cabaret. ("XTC"),
Appellant

v.

**THE CITY OF SAN ANTONIO**, Mayor Ron Nirenberg, and Michael E. Shannon, in their
Official Capacities,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23536
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant's brief was originally due April 26, 2021; however, the court granted an extension of time until May 26. Appellant has filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and **order** Appellant's brief due June 25, 2021 (sixty days after the original due date). Appellant is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2021.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court